HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIGITAL MENTOR, INC.,

    Plaintiff,

v.

OVIVO USA, LLC; OVIVO US HOLDING INC.; VALERE MORISSETTE; and DOES 1 to 20,

    Defendants.

Case No. C17-1935-RAJ

ORDER

    This matter comes before the Court on Plaintiff's Petition to Refer the Case to Early Mediation. Dkt. # 96. Defendants oppose Plaintiff's Petition. Dkt. # 97. Local Rule 39.1 states that the Court may order the parties to engage in mediation to maximize the prospects of early settlement and to assist the parties in resolving their disputes in a "just, timely and cost-effective manner." Plaintiff argues that its economic position requires early mediation to facilitate early resolution of this matter. While the Court understands Plaintiff's concern regarding its limited financial resources, it would be premature to order this matter into mediation at this time. There are several pending motions to dismiss and the issues needing mediation are not yet determined at this time. Plaintiff's Petition is **DENIED.** Dkt. # 96.

    DATED this 29th day of November, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1