1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIGITAL MENTOR, INC., a Delaware
corporation,

Plaintiff,

v.

OVIVO USA, LLC, a Delaware corporation;
OVIVO US HOLDING INC., a Delaware
corporation; VALERE MORISSETTE, an
individual; and DOES 1 to 20,

Defendants.

Case No. 2:17-CV-01935-RAJ

**JOINT STATUS REPORT AND
DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f), Local Civil Rule

("LCR") 26(f), the Order Regarding Initial Disclosures and Joint Status Report dated

February 12, 2018 (Dkt. No. 65), the Court Notice dated February 22, 2018 and the Court

Notice dated January 2, 2019, resetting the deadline in which to file the Joint FRCP 26(f)

Report, Plaintiff Digital Mentor, Inc. ("DMI") and Defendant Ovivo USA LLC ("Ovivo

USA") respectfully submit this Joint Status Report and Discovery Plan.

**I.      STATEMENT OF NATURE AND COMPLEXITY OF CASE**

Plaintiff Digital Mentor Inc. ("DMI") filed this action against Defendants Ovivo USA

LLC. ("Ovivo USA") et al. on December 28th, 2017 for damages and injunctive relief

JOINT STATUS REPORT AND DISCOVERY PLAN - 1
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

alleging the following causes of action: Violation Of The Federal Defend Trade Secrets Act , Violation Of The Federal Racketeer Influenced And Corrupt Organizations Act, Trademark Infringement, Copyright Infringement, Violation Of The Washington Uniform Trade Secrets Act, Violation Of The Washington Consumer Protection Act, Breach Of Contract, Tortious Interference With Business Expectancy, Fraud, Breach Of Fiduciary Duty and Unjust Enrichment.

To date, the motions in this action have included an Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction brought on behalf of DMI. While the Court granted the TRO Motion (Dkt. No. 35), after further briefing and hearing, the Court denied DMI's Motion for Preliminary Injunction (Dkt. No. 75.) In addition, Motions to Dismiss were brought on behalf of Ovivo USA ("Ovivo USA") and its co-defendants, Valere Morrissette and Ovivo US Holding, Inc. On December 21st, 2018, the Court dismissed Valere Morrissette and Ovivo US Holding, Inc. from the case due to a lack of jurisdiction. The Court granted-in-part Ovivo USA's Motion to Dismiss, dismissing without prejudice DMI's causes of action for Violation Of The Federal Defend Trade Secrets Act, Violation Of The Federal Racketeer Influenced And Corrupt Organizations Act, Violation Of The Washington Uniform Trade Secrets Act, Violation Of The Washington Consumer Protection Act, Breach Of Fiduciary Duty and Unjust Enrichment. The case against Ovivo USA will proceed, at this stage, as to: Trademark Infringement, Copyright Infringement, Breach Of Contract, Tortious Interference With Business Expectancy and Fraud.

/ / / / / /

/ / / / / /

JOINT STATUS REPORT AND DISCOVERY PLAN - 2
CASE NO. 2:17-CV-01935-RAJ

1

2

3

        The Parties consider this matter to be moderately complex as to the factual and legal

issues involved, and also as to the nature of discovery needed to develop and present their

cases.

4

5

## II.      PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES

6

        The parties propose that the deadline for joining additional parties be March 22,

7

2019.

8

9

## III.     WHETHER THE PARTIES CONSENT TO ASSIGNMENT TO A MAGISTRATE JUDGE TO CONDUCT ALL PROCEEDINGS

        No.

10

11

## IV.     DISCOVERY PLAN THAT STATES THE PARTIES' VIEWS AND PROPOSALS ON ITEMS SET FORTH IN FRCP 26(f)(3)

12

13

### (A)     EXCHANGE OF INITIAL DISCLOSURES

14

        The Parties exchanged initial disclosures under FRCP 26(a)(1) on January 18, 2019.

15

### (B)     SUBJECTS, TIMING, AND POTENTIAL PHASING OF DISCOVERY

16

        The Parties propose the following case schedule:

17

18

19

20

21

22

23

24

25

26

| Event | Proposed Date |
|---|---|
| Close of Fact Discovery | September 20, 2019 |
| Disclosure of Identity of Expert Witnesses for Party Bearing the Burden of Proof | September 23, 2019 |
| Disclosure of Identity of Expert Witnesses for Party Not Bearing the Burden of Proof | October 28, 2019 |
| Opening Expert Report for the Party Bearing the Burden of Proof | October 21, 2019 |
| Rebuttal Expert Report for the Party Not Bearing the Burden of Proof | November 20, 2019 |
| Close of Expert Discovery | December 20, 2019 |
| Due Date for Dispositive Motions | January 20, 2020 |

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

| Event | Proposed Date |
|---|---|
| Due Date for Opposition to Dispositive Motions | February 20, 2020 |
| Due Date for Replies in Support of Dispositive Motions | March 6, 2020 |
| Proposed Trial Date | May 11, 2020 |

### (C)    ELECTRONICALLY STORED INFORMATION

The Parties agree that this case will involve electronically stored information ("ESI"). The Parties agree that documents and ESI shall be produced electronically. To the extent either party believes, on a case-by-case basis, that documents should be produced in an alternative format, the Parties agree that they will meet and confer in good faith concerning such alternative production arrangements.

The Parties further agree to adopt an ESI Agreement based on this District's ESI Model Agreement, as modified by the Parties, and to preserve and produce ESI pursuant to that Agreement. The Parties further agree that they will meet and confer in good faith to ensure electronic discovery is proportional to the scope and nature of the dispute, and that the format of each party's production is compatible with the reasonable technical requirements of the receiving party's document management system.

### (D)    PRIVILEGE ISSUES

The Parties do not believe that this case will involve unique or extensive claims of privilege or work product protection. To that end, the Parties agree to create and maintain privilege logs pursuant to FRCP 26(b)(5) for responsive documents withheld on the basis of privilege. The Parties agree that any materials protected from discovery by the attorney-client privilege or the work product doctrine and created after December 29, 2017 (the

JOINT STATUS REPORT AND DISCOVERY PLAN - 4
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Complaint filing date), solely for the purposes of this litigation, need not be logged.

Information produced in discovery that is protected as privileged or work product shall be immediately returned to the producing party, and its production shall not constitute a waiver of such protection, if: (i) such information appears on its face to have been inadvertently produced, or (ii) the producing party provides notice promptly after discovery by the producing party of the inadvertent production.

### (E)     PROPOSED LIMITATIONS ON DISCOVERY

The Parties do not currently propose any limitations on discovery under the Federal or Local Rules of Civil Procedure.

### (F)     THE NEED FOR ANY DISCOVERY RELATED ORDERS

The Parties anticipate the exchange of confidential information during discovery in this matter, and thus will work together to present the Court with a stipulated two-tier protective order to protect the confidentiality of such information. In addition, the Parties will work together to present the Court with a stipulated ESI order to govern production of electronically stored information.

### V.     THE PARTIES' VIEWS, PROPOSALS, AND AGREEMENTS ON ALL ITEMS SET FORTH IN LOCAL RULE 26(f)(1)

### (A)     PROMPT CASE RESOLUTION

The Parties have no suggestions at this time.

### (B)     ALTERNATIVE DISPUTE RESOLUTION

While the parties continue to be willing to consider an alternative dispute resolution approach, they believe that such efforts may be premature at this time.

/ / / / / /

JOINT STATUS REPORT AND DISCOVERY PLAN - 5
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

**(C)     RELATED CASES**

There are currently no related court cases pending.  There are two pending

Opposition proceedings pending with the United States Patent and Trademark Office.  The

Opposition Proceedings are pending under Opposition Nos. 91244516 and 91241101. Both

oppositions are stayed pending resolution of this case.

**(D)     DISCOVERY MANAGEMENT**

The Parties agree to work together to manage discovery to promote the expeditious

and efficient resolution of the case to the extent practicable and appropriate.

The Parties agree that discovery papers and pleadings are to be served upon the

Parties, to the extent possible, by email to the email address of counsel of record for the

parties.

The Parties do not believe that the pretrial statements and pretrial order pursuant to

Local Rules CR 16(e), (h), (i), and (l) and 16.1 should be dispensed with.

**(E)     ANTICIPATED DISCOVERY SOUGHT**

See above.

**(F)     PHASING MOTIONS**

The Parties do not anticipate any other early motions at this time.

**(G)     PRESERVATION OF DISCOVERABLE INFORMATION**

The Parties have discussed and confirmed that they have taken reasonable and

proportional steps to preserve relevant information and documents in their custody and

control.  The Parties agree that such discussions do not waive the right or opportunity for a

party to argue that preservation was not reasonable, adequate or proportional or to seek

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

1   remedies for spoliation.

2   **(H)    PRIVILEGE ISSUES**

3   See above.

4

5   **(I)    MODEL PROTOCOL FOR DISCOVERY OF ESI**

6   The Parties are working together to present the Court with a stipulated ESI order to

7   govern production of electronically stored information. The parties have used the Model

8   Protocol as a starting point for their discussions.

9   **(J)    ALTERNATIVES TO MODEL PROTOCOL**

10  The Parties are working together to present the Court with a stipulated ESI order to

11  govern production of electronically stored information. The parties have used the Model

12  Protocol as a starting point for their discussions.

13

14  **VI.    DATE BY WHICH DISCOVERY CAN BE COMPLETED**

15  See table of proposed schedule above.

16  **VII.   WHETHER THE CASE SHOULD BE BIFURCATED BY TRYING THE
     LIABILITY   ISSUES   BEFORE   THE   DAMAGES   ISSUES,   OR
17   BIFURCATED IN ANY OTHER WAY**

18  At this time, the Parties do not believe that the issues need to be bifurcated.

19  **VIII.  WHETHER THE PARTIES INTEND TO UTILIZE THE
     INDIVIDUALIZED TRIAL PROGRAM OR ADR**
20

21  The Parties are not agreeable to participating in the Individualized Trial Program at

22  this time.  The Parties continue to consider whether to utilize ADR in the future.

23  **IX.    ANY OTHER SUGGESTIONS FOR SHORTENING OR SIMPLIFYING
     THE CASE**
24

25  The Parties currently have no suggestions for shortening or simplifying the case.

26  / / / / / /

JOINT STATUS REPORT AND DISCOVERY PLAN - 7
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

1

2

3

**X.      THE DATE THE CASE WILL BE READY FOR TRIAL**

The Parties believe the case will be ready for trial on May 11, 2020.

**XI.      WHETHER THE TRIAL WILL BE JURY OR NON-JURY**

Plaintiff has requested a jury trial.

**XII.      THE NUMBER OF TRIAL DAYS REQUIRED**

Plaintiff estimate that the trial will take approximately 7-10 days. Defendant

estimates that the trial will take approximately 5 full Court days.

**XIII.    THE DATES ON WHICH TRIAL COUNSEL MAY HAVE COMPLICATIONS TO BE CONSIDERED IN SETTING A TRIAL DATE**

DMI's counsel currently has the following conflicts due to trials already scheduled in

other actions: September 2019, December 2019 and January 2020.

Ovivo USA and its counsel currently have the following conflicts due to long

standing prior commitments: June 6 – 18, 2019; July 22-26, 2019; September 2019; October

11-31, 2019; and November 1-15, 2019.

**XIV.    THE DATES ON WHICH CORPORATE DISCLOSURE STATEMENTS WERE FILED**

DMI filed its corporate disclosure statement on January 10, 2018 (Dkt. No. 10), and

Ovivo USA filed its corporate disclosure statement on January 19, 2018 (Dkt. No. 30).

**XV.      SERVICE ON ALL DEFENDANT(S) OR RESPONDENT(S)**

Service has been accomplished for all named parties.

/ / / / / /

/ / / / / /

/ / / / / /

JOINT STATUS REPORT AND DISCOVERY PLAN - 8
CASE NO. 2:17-CV-01935-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

1    Dated this 25th day of January, 2019.

2

3    FONG LAW, PLLC

4                                                    SCHWABE, WILLIAMSON & WYATT, P.C.

5    By: *s/s Eric M. Fong*_____

6        Fong Law, PLLC                          By: */s/ Troy Greenfield*_____
         569 Division Street, Ste A                  Troy Greenfield, WSBA #21578
7        Port Orchard, WA 98366-4600                 Email:  tgreenfield@schwabe.com
         eric@ericfonglaw.com                        Schwabe, Williamson & Wyatt
8        Telephone (360) 876-8205                    1420 5th Avenue, Suite 3400
                                                     Seattle, WA  98101-4010
9        Lawrence P. Ramirez (Pro Hac Vice)          Telephone: (206) 622-1711
         Email: lpramirez@thellg.com
10       Linda Keny (Pro Hac Vice)                   Jason A. Wrubleski *(Pro Hac Vice)*
         Email: lindakeny@thellg.com                 Email: jwrubleski@schwabe.com
11       Ryan Newnan (Pro Hac Vice)                  Schwabe, Williamson & Wyatt
         Email: ryannewnan@thellg.com                1211 SW 5th Avenue, Suite 1900
12       The Litigation Law Group                    Portland, OR 97204
13       111 N. Market Street, Ste 1010              Telephone: (503) 222-9981
         San Jose, CA 95113
14       Telephone: (408) 971-1119                   Gretchen N. Miller *(Pro Hac Vice)*
                                                     Email: millerg@gtlaw.com
15       *Attorneys for Plaintiff, Digital Mentor*   Herbert H. Finn *(Pro Hac Vice)*
                                                     Email: finnh@gtlaw.com
16                                                   Symone D. Shinton *(Pro Hac Vice)*
                                                     Email: shintons@gtlaw.com
17                                                   Greenberg Traurig, LLP
                                                     77 West Wacker Drive, Suite 3100
18                                                   Chicago, IL 60601
                                                     Telephone (312) 456-6583
19

20                                                   *Attorneys for Defendants*

21

22

23

24

25

26

JOINT STATUS REPORT AND DISCOVERY PLAN - 9
CASE NO. 2:17-CV-01935-RAJ

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2019, I caused to be served the

foregoing JOINT STATUS REPORT AND DISCOVERY PLAN on the following parties at

the following addresses:

Gretchen N. Miller (*Pro Hac Vice*)
Herbert H. Finn (*Pro Hac Vice*)
Symone D. Shinton (*Pro Hac Vice*)
Greenberg Traurig LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Email: millerg@gtlaw.com
        finnh@gtlaw.com
        shintons@gtlaw.com
*Attorney for Defendants*

Jason A. Wrubleski (*Pro Hac Vice*)
Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Ave, Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Email: jwrubleski@schwabe.com
*Attorney for Defendants*

Eric M. Fong
Fong Law, PLLC
569 Division St, Ste A
Port Orchard, WA 98366-4600
Telephone: (360) 876-8205
Facsimile: (360) 876-4745
E-Mail: eric@ericfonglaw.com
*Attorney for Plaintiff*

Lawrence P. Ramirez (*Pro Hac Vice*)
Michelle R. Cruz (*Pro Hac Vice*)
Linda Keny (*Pro Hac Vice*)
The Litigation Law Group
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone: (408) 971-1119
Facsimile: (408) 971-1129
E-Mail: lpramirez@thellg.com
        michellec@thellg.com
        lindakeny@thellg.com
*Attorneys for Plaintiff*

by:

☐  U.S. Postal Service, ordinary first class mail
☐  U.S. Postal Service, certified or registered mail,
☐  return receipt requested
☐  hand delivery
☐  facsimile
☒  electronic service – via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF")
☐  other (specify) _____

/s/ Troy Greenfield
Troy Greenfield, WSBA No.  21578

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\132774\238356\TGR\24690896.1