UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIGITAL MENTOR, INC., a Delaware
corporation,

        Plaintiff,

   v.

OVIVO USA, LLC, *et al.*,

        Defendants.

Case No.2:17-cv-01935-RAJ

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL**

Having duly considered Plaintiff Digital Mentor, Inc.'s motion for voluntary dismissal, the recent U.S. Supreme Court ruling in *Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC*, 139 S. Ct. 881 (2019), and good cause appearing, the Court hereby orders as follows:

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), Plaintiff's Fourth Cause of Action for Copyright Infringement against Defendant Ovivo USA LLC is dismissed, without prejudice, with each party to bear its own attorney's fees and costs.

For the reasons stated above, the Court **GRANTS** Plaintiff's motion. Dkt. # 112.

DATED this 14th day of August, 2019.

*Richard A Jones*

The Honorable Richard A. Jones
United States District

ORDER – 1